IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TASHA TURNER**                                                                        **PLAINTIFF**

**v.**                             **2:10CV00033-WRW**

**MDM CORPORATION,** *et al.*                                           **DEFENDANTS**

## ORDER

Pending is Defendants' Motion to Transfer Division (Doc. No. 14). Plaintiff has responded in opposition to transfer.[1] Defendants' Motion to Transfer Division is DENIED.

IT IS SO ORDERED this 2nd day of August, 2010.

                                                               /s/Wm. R. Wilson, Jr.
                                                 UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 18.