## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

TASHA TURNER                                                              PLAINTIFF

v.                              No. 2:10CV00033 JLH

MDM CORPORATION;
SENIOR CARE, INC.; and
CONVACARE MANAGEMENT, INC.                              DEFENDANTS

### ORDER

The defendants' motion to compel is denied as moot.  Document #22.

IT IS SO ORDERED this 19th day of November, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE