IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TASHA TURNER                                                                                          PLAINTIFF

V.                          CASE NO. 10-CV-0033 WRW

MDM CORPORATION; SENIOR CARE, INC;
CONVACARE MANAGEMENT, INC.                                          DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE

It appears all claims between plaintiff and defendants have been settled and compromised to the mutual satisfaction of those parties. All such claims by plaintiff against defendants are dismissed with prejudice.

IT IS SO ORDERED.

_____
JUDGE J. LEON HOLMES

January 21, 2011
DATE

**PREPARED BY:**

**ANDERSON, MURPHY & HOPKINS, L.L.P.**
400 West Capitol Avenue, Suite 2470
Little Rock, Arkansas 72201
Telephone: 501-372-1887
Facsimile: 501-372-7706
E-mail: watson@amhfirm.net
E-mail: pipkin@amhfirm.net

By: /s/ Mindy D. Pipkin
   BRETT D. WATSON
   BAR NO. 2002182
   MINDY D. PIPKIN
   BAR No. 2004067
   *Attorneys for Defendants*

**APPROVED BY:**

**HOWERTON LAW FIRM**
217 E. Dickson Street, Suite 102
Fayetteville, Arkansas 72701
Telephone: 479-587-9300
Facsimile: 479-587-9339
E-mail: grozzell@howertonlaw.com

By: /s/ George Rozzell
   GEORGE ROZZELL
   *Attorney for Plaintiff*